BEFORE THE FIRST DIVISION, SEPTEMBER 21, 1964

No. 68773.—Bailey-Mora Company, Inc., et al. *v.* United States, protests 63/1633–S, etc. (El Paso).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects, except for the finger jointing, to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiffs was sustained.